G. EDWARD RUDLOFF, JR. (State Bar No. 56058)
EDWARD P. MURPHY (State Bar No. 182778)
JENNIFER N. WAHLGREN (State Bar No. 249556)
**FORAN GLENNON PALANDECH PONZI & RUDLOFF PC**
2000 Powell Street, Suite 900
Emeryville, CA 94608
Telephone: (510) 740-1500
Facsimile: (510) 740-1501
E-mail: erudloff@fgppr.com
emurphy@fgppr.com
jwahlgren@fgppr.com

Attorneys for Defendant TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| L. STEPHEN ENDSLEY,<br><br>     Plaintiff,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY,<br><br>     Defendant. | **Case No. 1:14-CV-00671-LJO**<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE** |

## **ORDER**

Based on the Parties' stipulation, and good cause otherwise appearing,

IT IS ORDERED that this action is dismissed with prejudice and each side to bear its own costs.

IT IS SO ORDERED.

Dated: **November 16, 2015**          **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE

-1-
**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE;**
**Case No. 1:14-CV-00671-LJO**